**Order filed July 12, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00434-CR**
_____

**WOODROW MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 876249-D**

## O R D E R

The clerk's record was filed May 10, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a judgment signed March 16, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 10, 2012, containing a judgment signed March 16, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM